In the Matter of LORENZO C. CARLINO et al., Appellants; WILFRED M. THOMPSON et al., Respondents.

Argued September 11, 1941; decided September 11, 1941.

*Henry Cohen* for appellants.

*Milton Popper* for respondents.

*Marcus G. Christ, County Attorney (John J. Knob* of counsel), for Board of Elections.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.